Dismissed and Opinion filed January 9, 2003













Dismissed and
Opinion filed January 9, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02–01149-CV

______________

 

J.K. MARTENS
a/k/a JOHN KARL MARTENS, Appellant

 

V.

 

TRAMONTE,
TRAMONTE & BASTIEN, Appellee

 

_______________________________________________________________

 

On Appeal from the County Court at Law No. 2

Galveston County, Texas

Trial Court Cause No. 48,744

 

_______________________________________________________________

 

M E M O R A
N D U M  O P I N
I O N

            This is an appeal from a judgment
signed July 12, 2002.  Appellant filed a timely motion for new
trial.  The notice of appeal was due October 10, 2002.  See Tex. R. App. P. 26.1.  Appellant, however, filed his notice
of appeal on October
 29, 2002, a date within fifteen days of the due date for the
notice of appeal.  See Verburgt v. Dorner,
959 S.W.2d 615, 617 (Tex. 1997).  Appellant did not file a motion to extend time
to file the notice of appeal.  On November 27, 2002, we
ordered appellant to file a proper motion to extend time to file the notice of
appeal on or before December
 9, 2002.  See Tex.
R. App. P. 26.3;10.5(b).  Appellant did not file a motion.  On December 16, 2002, appellee
filed a motion to dismiss 








the appeal for want of jurisdiction based upon the
untimely notice of appeal and appellant’s failure to file a proper motion to
extend time to file the notice of appeal in accordance with this Court’s
order.  We find appellee’s
motion meritorious.  Accordingly, we
grant appellee’s motion and dismiss the appeal for
want of jurisdiction.  See Tex.
R. App. P. 42.3.

            Moreover, the filing fee of $125.00
has not been paid.  No proper affidavit
of indigence was filed with or before the notice of appeal.  See
Tex. R. App. P. 20.1.  Therefore, on December 5, 2002, the Court issued an order
stating that unless appellant paid the appellate filing fee of $125.00 within
fifteen days of the date of the order, the appeal would be dismissed.  The filing fee has not been paid, and
appellant has not responded to the Court’s order of December 5, 2002.  Therefore, the appeal is ordered dismissed
for failure to comply with this Court’s order of December 5, 2002.  See
Tex. R. App. P. 42.3(c).  

            Based on the reasons set forth
above, we dismiss the appeal.  

 

                                                                        PER
CURIAM

Opinion filed January 9, 2003.

Panel consists of Justices
Yates, Anderson, and Frost.